# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PIERSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANICE E. MARTINELLI, *et al.*, <br><br> Defendants. | Case No. 19-cv-01755-BAS-KSC <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE (ECF No. 43)** |

Pending before the Court is the parties' joint motion to dismiss the action with prejudice. (ECF No. 43.) The parties represent that they have reached a settlement agreement. Good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **WITH PREJUDICE**. Each party is to bear his or her own costs and fees.

**IT IS SO ORDERED.**

DATED: January 6, 2022

Hon. Cynthia Bashant
United States District Judge